NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1544, -1545

ENCYCLOPAEDIA BRITANNICA, INC.,

Plaintiff-Appellant,

v.

ALPINE ELECTRONICS OF AMERICA, INC.,
and ALPINE ELECTRONICS, INC.,

Defendants-Appellees,

and

DENSO CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC.,
and MAGELLAN NAVIGATION, INC.,

Defendants-Appellees,

and

AMERICAN HONDA MOTOR CO., INC.,
and TOMTOM, INC.,

Defendants-Appellees,

and

GARMIN INTERNATIONAL, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Western District of Texas in consolidated case nos. 1:06-CV-00578 and 1:07-CV-00787, Judge Lee Yeakel.

ON MOTION

O R D E R

Encyclopaedia Britannica, Inc. (Britannica) moves for a 39-day extension of time, until December 18, 2009 to file its initial brief. Britannica also moves to withdraw its motion to stay proceedings in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The motion to stay proceedings is withdrawn.

FOR THE COURT

OCT 27 2009

_____

Date

/s/ Jan Horbaly

_____

Jan Horbaly
Clerk

cc:   David G. Wille, Esq.
      Gary M. Ropski, Esq.
      John T. Johnson, Esq.
      Paul Richard Steadman, Esq.
      Raymond W. Mort, III, Esq.
      Lauren A. Degnan, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 27 2009

JAN HORBALY
CLERK